DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SNYDER

No. 76P84.

Case below: 66 N.C. App. 358.

Petition by Attorney General for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 2 October 1984.

STATE v. SWINSON

No. 589P84.

Case below: 70 N.C. App. 496.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 October 1984.

STEPHENSON v. ROWE

No. 515A84.

Case below: 69 N.C. App. 717.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 2 October 1984.

STEVENS v. STEVENS

No. 380P84.

Case below: 68 N.C. App. 234.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 October 1984.

THIEL v. DETERING

No. 350P84.

Case below: 68 N.C. App. 754.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.